IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DAWN R. HINKLE PLAINTIFF

V. Case No. 4:26-cv-00257-BBM

FRANK BISIGNANO, Commissioner,
Social Security Administration DEFENDANT

**ORDER**

On September 2, 2026, Defendant filed a Motion to Remand for Further Administrative Proceedings Pursuant to Sentence Four of 42 U.S.C. § 405(g). (Doc. 10). Plaintiff has not responded, and her time to do so has expired. *See* LOCAL RULE 7.2(b). Accordingly, Defendant's Motion is GRANTED; the Commissioner's decision is REVERSED; and this case is REMANDED for further administrative proceedings. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Shalala v. Schaefer*, 509 U.S. 292, 296–302 (1993).

SO ORDERED this 21st day of September, 2026.

Benecia Moore
UNITED STATES MAGISTRATE JUDGE